

# Fourth Court of Appeals
## San Antonio, Texas

November 28, 2017

No. 04-17-00035-CV

Robert **MEDINA** and Christina Medina,
Appellants

v.

Timothy K. **BOWERS**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-11752
Honorable Michael E. Mery, Judge Presiding

# O R D E R

The appellee's motion for extension of time to file brief is hereby GRANTED. Time is extended to December 18, 2017.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of November, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court